# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2007

134126

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

ISSAC DECRAIS HARRIS,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134126
COA: 265230
Lenawee CC: 05-011398-FC

On order of the Court, the application for leave to appeal the April 24, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2007

_____
Clerk

p1010